

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00411-CV

_____

MARJORIE WASHINGTON, Appellant

V.

FELIX APT S2CC, LLC, Appellee

---

On Appeal from County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2025-002620-3

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant's brief was due on February 6, 2026. On March 3, 2026, we notified Appellant that her brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless on or before March 13, 2026, she filed with the court a brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). On March 13, 2026, we received Appellant's brief but did not receive a motion for extension.

On March 19, 2026, and April 29, 2026, we notified Appellant that her brief was untimely and informed her that she must file a motion for leave to file her brief. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1); 2nd Tex. App. (Fort Worth) Loc. R. 1.B. We stated in each letter that we could dismiss the appeal for want of prosecution unless she filed with the court a motion for leave reasonably explaining the failure to timely file a brief and the need for an extension; our March 19 letter set the deadline for March 30, 2026, and our April 29 letter set the deadline for May 11, 2026. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1); 2nd Tex. App. (Fort Worth) Loc. R. 1.B. We have received no response.

Because Appellant has failed to file a motion for leave reasonably explaining the failure to timely file a brief and the need for an extension even after we afforded

her multiple opportunities to do so, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered:  June 11, 2026